DAVID L. ANDERSON (CABN 149604)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

GARTH HIRE (CABN 187330)
Assistant United States Attorney

    1301 Clay Street, Suite 340-S
    Oakland, California 94612
    Telephone:    (510) 637-3723
    Facsimile:    (510) 637-3724
    E-mail:    Garth.Hire@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>NAIFARM SAECHAO,<br><br>    Defendant. | No. CR 16-00174 HSG<br>No. CR 18-00225 HSG<br><br>STIPULATION REGARDING REQUEST FOR CONTINUANCE OF SENTENCING HEARING AND ORDER<br><br>Current Hearing Date:    February 11, 2019<br>New Hearing Date:    February 25, 2019 |

       Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Northern District of California and Assistant United States Attorney Garth Hire, and defendant Naifarm Saechao (defendant), by and through his counsel of record, Joyce Leavitt, hereby stipulate as follows:

STIPULATION AND ORDER
RE CONTINUING HEARING                1

1. Defendant is presently set for sentencing and re-sentencing in the above-captioned matters. The government requires additional time to prepare its sentencing memorandum in this case in light of recent legal developments that may impact the applicable base offense level with respect to the sentencing in the new case.

2. The parties therefore agree that the sentencing and re-sentencing be continued from February 11, 2019, to February 25, 2019. The parties are available either at 11:00 a.m. or 2:00 p.m.

IT IS SO STIPULATED.

Dated: February 8, 2019

DAVID L. ANDERSON
United States Attorney

/S/

GARTH HIRE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

*/S/*

JOYCE LEAVITT                                                                 Date
Attorney for Defendant
Naifarm Saechao

STIPULATION AND ORDER
RE CONTINUING HEARING                    2

**ORDER**

The Court has read and considered the Stipulation Regarding Request for Continuance of Sentencing Hearing.

THEREFORE, FOR GOOD CAUSE SHOWN:

The hearing for sentencing and re-sentencing in the above-captioned matters is continued to 11:00 a.m. on February 25, 2019.

IT IS SO ORDERED.

   2/8/2019
DATE

*Haywood S. Gilliam Jr.*
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE